BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KAREN KREUZKAMP (CABN 246151)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    FAX: (415) 436-7234
    Email: Karen.kreuzkamp@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 17-0336 WHA |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER REQUESTING MODIFIED |
| | ) PRESENTENCE INVESTIGATION REPORT |
| CRISTIAN ANDRES RIVERA, a/k/a "Kiki," | ) |
| MARIO ALVARADO, and | ) |
| LUIS ALBERTO ROMERO CORTEZ, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION**

A status conference in this matter is currently set for November 21, 2017, at 11:00 a.m. The government and defendant Mario Alvarado, though his counsel, Harris B. Taback, are discussing potential resolution and agree that it would be helpful to know how U.S. Probation calculates defendant Alvarado's Criminal History Category under USSG § 4A1.1. Therefore, the government and defendant Alvarado jointly request that the Court direct U.S. Probation to prepare a pre-plea modified presentence investigation report limited to defendant Alvarado's criminal history.

STIP. AND [PROPOSED] ORD. RE CRIM. HIST. RPT.
CR 17-0336 WHA                             1

The government has spoken with U.S. Probation and understands that U.S. Probation requests thirty (30) days to prepare such a report. Therefore, the government and defendant Alvarado further request that the criminal history report be completed by December 1, 2017, if possible.

IT SO STIPULATED.

DATED: November 2, 2017

BRIAN J. STRETCH
United States Attorney

/s/
KAREN KREUZAKAMP
Assistant United States Attorney

DATED: November 2, 2017

/s/
HARRIS B. TABACK
Counsel for Defendant Mario Alvarado

## [PROPOSED] ORDER

Based on the parties' stipulation and for good cause shown, U.S. Probation is hereby directed to prepare a modified presentence investigation report limited to defendant Mario Alvarado's criminal history. The modified report shall be completed by Friday, December 1, 2017, if possible.

IT IS SO ORDERED.

DATED: November 9, 2017.

HONORABLE WILLIAM ALSUP
United States District Judge

### Attestation of Filer

In addition to myself, the other signatory to this document is Harris B. Taback. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: November 2, 2017

/s/
KAREN KREUZKAMP
Assistant United States Attorney

STIP. AND [PROPOSED] ORD. RE CRIM. HIST. RPT.
CR 17-0336 WHA                    2